**Order entered September 22, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00759-CV

**FAZEL RAHMANI & FORT WORTH LEGACY INVESTMENTS, L.P., Appellants**

**V.**

**AMY SADEGHIAN, Appellee**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-06526**

### ORDER

Before the Court is court reporter Vielica Dobbins's September 21, 2022 motion for an extension of time to file the record. We **GRANT** the motion and **ORDER** the record be filed no later than October 21, 2022.

/s/    KEN MOLBERG
         JUSTICE